

FILED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002852580

2
CONLON & FONG
Tom Conlon - State Bar No. 178198
Robert W. Fong - State Bar No. 182959
6825 Fair Oaks Blvd., Suite 101
Carmichael, California 95608
Telephone: (916) 971-8880
Facsimile: (916) 481-3975

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 10-39583-A-7 |
| Clyde A. Lagomarsino Jr.<br>Jane Lagomarsino | DCN: RWF-1<br>DATE: September 20, 1010<br>TIME: 9:00 a.m. |
| Debtors. | CTRM: 28 (A), Judge McManus |

**MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR ORDER COMPELLING
TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**

Debtors hereby move the Court pursuant to 11 U.S.C. Section 554(b) for an order compelling the Trustee to abandon real property of the estate commonly known as Lagomarsino Electric, a sole proprietorship, on the basis that said property has no non-exempt value and is therefore of inconsequential value and benefit to the estate. Debtors also contend that the asset is burdensome to the Trustee, which should be deemed an additional ground for the Court to order the Trustee to Abandon the Property Asset.

**I.**

**STATEMENT OF FACTS AND PROCEDURAL HISTORY**

On or about July 24, 2010, the above captioned proceedings were filed. Debtors own a business commonly known as Lagomarsino Electric, a sole proprietorship. The asset is a home-

based electrical contracting business. The business provides services, and has no transferrable cash value. The assets of the business consists of miscellaneous tools, and Debtors' personal work and services. Debtors estimated the liquidation value of the business to be $1,000, as disclosed in Debtors Schedule B. The property was fully claimed as exempt on Debtors' Schedule C.

## II.

**BECAUSE THERE IS NO EQUITY IN THE PROPERTY, THE COURT SHOULD ORDER THE TRUSTEE TO ABANDON THE PROPERTY**

11 U.S.C. Section 554(b) provides as follows:

> On request of a party in interest an after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

As set forth above, the property asset has no equitable value and is therefore of no value to the estate. Further, the asset is a service oriented business, and is burdensome to the estate. Since the subject property is of no value to the estate, and would be a burden to the estate and trustee, Court should order the Trustee to abandon the property.

## III.

## CONCLUSION

WHEREFORE, Debtors respectfully request this Court grant this motion and order the Trustee to abandon the asset commonly known as Lagomarsino Electric, a sole proprietorship. Respectfully submitted,

Date: August 8, 2010                        CONLON & FONG

By:   /s/ Robert W. Fong
       ROBERT W. FONG
       Attorney for Debtors

1